IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| MARY LEANNE REEVES, ) <br> ) <br> *Plaintiff*, ) <br> ) <br> V. ) <br> ) CIVIL ACTION NO: <br> ) <u>CV-25-68-BU-JTJ</u> <br> LAKEVIEW LOAN SERVICING, ) <br> LLC; JASON J. HENDERSON as ) ORDER <br> as Trustee for Lakeview Loan ) <br> Servicing, LLC; and LOANCARE, LLC ) <br> ) <br> *Defendants*. ) | |

<u>Upon joint motion of the parties, and good cause appearing </u>therefore,

**IT IS HEREBY ORDERED** that the Scheduling Order dated August 05, 2025 is vacated and the Preliminary Pretrial Conference set for September 17, 2025 at 10:30 am is set aside. Upon the issuance of orders on the pending motions, the parties may request a new preliminary pretrial conference.

Dated this 15th day of September, 2025.

_____
John Johnston
United States Magistrate Judge