IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| MARY LEANNE REEVES,<br><br>Plaintiff,<br><br>vs.<br><br>LAKEVIEW LOAN SERVICING, LLC; JASON J. HENDERSON AS TRUSTEE FOR LAKEVIEW LOAN SERVICING, LLC, AND LOANCARE, LLC,<br><br>Defendants. | CV-25-68-BU-JTJ<br><br>ORDER |

Having considered Defendants' motions to dismiss (Docs. 26 and 30), the related briefing, and the oral arguments of counsel on December 3, 2025, the Court, for the reasons stated on the record on December 3, 2025, **ORDERS** as follows:

1. Henderson's Motion to Dismiss Plaintiff Mary Ann Reeves' (Reeves) Amended Complaint (Doc. 26) is **DENIED** in part and **GRANTED** in part. Specifically, Henderson's Motion to Dismiss Count 1: Violation of Montana Consumer Protection Act and Count 7: Violation of Fair Debt Collection Practices Act is **DENIED**.

Henderson's Motion to Dismiss Count 6: Declaratory Relief; Count 13: Unjust Enrichment; and Count 14: Conflict of Interest is **GRANTED**.

1

2. LoanCare's Motion to Dismiss Plaintiff Mary Ann Reeves' (Reeves) Amended Complaint (Doc. 30) is **DENIED** in part and **GRANTED** in part. Specifically, LoanCare Motion to Dismiss Count 1: Violation of Montana Consumer Protection Act; Count 2: Breach of Contract; Count 4: Negligence and Negligent Misrepresentation; Count 5: Violation of Regulation X and RESPA; Count 7: Violation of Fair Debt Collection Practices Act; Count 9: Fraud; Count 10: Constructive Fraud; and Count 11 Malice (Deceit) is **DENIED**.

LoanCare's Motion to Dismiss Count 3: Breach of Implied Covenant of Good Faith and Fair Dealing; Count 6: Declaratory Relief; Second Count 6: Violation of Montana Mortgage Act; and Count 8: Conversion is **GRANTED**.

3. Count 12 of Reeves Amended Complaint: Violation of Montana Small Tract Financing Act, alleged against both Henderson and LoanCare, is taken under advisement.

DATED this 10th day of December 2025.

John Johnston
United States Magistrate Judge